

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DWANE A. WILLFONG,<br><br>　　　　　Defendant. | Case No.  6:18-PO-5055-JCL<br><br>VIOLATION: F4873148<br><br>DISPOSITION CODE:  PF<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated July 2, 2018, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $130.00 to $65.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $65.00, which has been paid in full.

DATED this 29th day of January, 2019.

　　　　　　　　　　　　　　　　　　　Jeremiah C. Lynch
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEREMIAH C. LYNCH
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge